IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



FILED BY ___ D.C.

05 OCT 27 PM 4: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

United States of America,

    Plaintiff,

vs.

Thirty Two Thousand Thirteen ($32,013.00)
Dollars in United States Currency,

Four (4) Assorted Conveyances with All
Appurtenances and Attachments Thereon,

Miscellaneous Electronic Equipment,

    Defendants.

Civil No. 05-2784  MI V

## ORDER

Pursuant to a complaint filed by the United States on October 21, 2005, seeking the forfeiture of Thirty Two Thousand Thirteen ($32,013.00) Dollars in United States Currency, Four (4) Assorted Conveyances with All Appurtenances and Attachments Thereon, and Miscellaneous Electronic Equipment, under the provisions of 21 U.S.C. §881(a)(6) and 21 U.S.C. §881(a)(4), it is hereby ORDERED:

    1.    That the United States Marshal for this district will seize the defendant currency, conveyances and computer equipment and hold said currency, conveyances, and computer equipment subject to the further orders of this Court;

    2.    That the United States Marshal will serve a copy of the complaint on all known claimants to the defendant currency, conveyances, and computer equipment including, without limitation, Willie A. Woods, Clover Creek Sod Farm, Julie C. Henderson, James Pierce, III, and



This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 1/01-05

Leslie Ballin, Esq., attorney for Willie A. Woods;

3. That the United States Marshal will advertise in the <u>Daily News</u>, Memphis, Tennessee, for a period of three consecutive weeks, once per week. The advertisement will notice that the defendant currency, conveyances were seized by the Federal Bureau of Investigation in Cordova, Bolivar, and Oakland, Tennessee, from Willie A. Woods; that a Complaint for Forfeiture has been filed pursuant to 21 U.S.C. §881(a)(6) and 21 U.S.C. §881(a)(4); and that any parties claiming any interest in the said property must file a claim within thirty (30) days of the notice and an answer to the complaint within twenty (20) days thereafter;

4. The Marshal may use the attached legal notice in the advertisement.

ENTERED: This 27 day of Oct., 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

LAWRENCE J. LAURENZI
Acting United States Attorney

By: _____
CHRISTOPHER E. COTTEN
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02784 was distributed by fax, mail, or direct printing on November 1, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT